# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Mies Equipment, Inc.

v.

NCI Building Systems, L.P.
and Metallic Building, Co.

Case No. Civil 00-968 DSD/SRN

**JUDGMENT IN A CIVIL CASE**

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** THAT:

Defendant's are entitled to summary judgment. Plaintiff's motion for partial summary judgment is denied, and plaintiff's claims are dismissed with prejudice.

DATE: March 27, 2001

FRANCIS E. DOSAL, CLERK

Julie Rustad, Deputy Clerk