# *United States District Court*
## *District of Minnesota*
### *Third Division - St. Paul*

Clerk's Notice
In Re: Receipt of Bill of Costs

Civil Action Number: 00-968 DSD/SRN
Title of Action: Mies Equipment, Inc. v. NCI Building Systems, Inc. and Metallic Building Company,

TO COUNSEL:

You are hereby notified that a Bill of Costs was filed by defendants , NCI Building Systems, L.P. and Metallic Building Company, in the above entitled action on May 24, 2001.

The briefing schedule for taxation of costs is as follows:

Objections are to be submitted in writing within 10 days of date of this notice.

A response to objections may be submitted within 5 days thereafter.

If no objections are received, costs will be taxed as submitted. If the matter of taxing costs is disposed of prior to being taxed by the Clerk, please notify the undersigned of this disposition.

DATED: May 24, 2001

FRANCIS E. DOSAL, CLERK

By Julie Rustad
Julie Rustad, Deputy Clerk

(32)