**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

**FOURTH DIVISION - MINNEAPOLIS**

Mies Equipment, Inc.
Plaintiff(s)

-v- **Civil** # 00-cv-968 DSD/SRN

NCI Building Systems, Inc. and
Metallic Building Company
Defendant(s)

**COST JUDGMENT**

The costs of the Defendants have been taxed and allowed by the Clerk of this Court against the **Plaintiff** as follows:

| | | Claimed | | Allowed |
|---|---|---|---|---|
| Fees of the court reporter | $ | 802.35 | $ | 802.35 |
| TOTAL: | $ | 802.35 | $ | 802.35 |

Costs, therefore, are taxed in the sum of Eight Hundred and Two Dollars and 35/100 ($802.35) in favor of the Defendants and against the **Plaintiff** and judgment is entered accordingly. Motion for review by the Court may be made within five days hereafter and filed with the Clerk.

Dated at Minneapolis, Minnesota, this day of June 29, 2001

FRANCIS E. DOSAL, CLERK

By Celeste M. Shahidi
Celeste M. Shahidi
Court Manager

cc: all counsel

JUN 29 2001

FILED
FRANCIS E. DOSAL CLERK
JUDGMENT ENTERED
DEPUTY CLERK'S INITIALS